1  BRANDIE DEVALL
2  State Bar No. 247308
   4508-A Atlantic Ave., Suite 1220
3  Long Beach, California 90807
4  Telephone: (562) 726-6846

5  Counsel for Petitioner
6  ALEX JACKSON

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

Dated: November 17, 2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX JACKSON,<br><br>    Petitioner,<br>v.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | CV 08-0923 MMC<br><br>**SUBSTITUTION OF PETITIONER'S COUNSEL** |

To THE HONORABLE MAXINE M. CHESNEY, United States Judge:

At Petitioner's request, the Court is respectfully requested to approve the substitution of Brandie Devall for Michael Gunning as counsel of record.

Dated: November 10, 2009.

Respectfully submitted,

_____        _____
Brandie Devall                     Michael Gunning