IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JACKSON, | No. C-08-0923 MMC |
|     Petitioner, | **ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS** |
|   v. | |
| BEN CURRY, Warden, | |
|     Respondent. | |

On February 13, 2008, petitioner Alex Jackson, a California prisoner represented by counsel, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254, challenging a December 14, 2005 decision by the California Board of Parole Hearings ("Board") to deny petitioner parole. Respondent has filed an answer to the petition and petitioner has filed a traverse. Additionally, respondent has filed a motion to dismiss, which motion is fully briefed.

A recent decision by the Ninth Circuit addresses important issues relating to federal review of parole decisions. See Hayward v. Marshall, 603 F.3d 546 (9th Cir. 2010) (en banc). Consequently, the parties will be directed to file supplemental briefs setting forth their respective views as to the effect, if any, of the Hayward en banc decision on the Court's determination of the instant petition.

Accordingly, the Court hereby sets the following briefing schedule:

1. No later than July 6, 2010, respondent shall file and serve on petitioner a

supplemental brief addressing the impact of <u>Hayward</u> on the instant action.

    2.  No later than July 26, 2010, petitioner shall file and serve on respondent either a supplemental brief addressing the impact of <u>Hayward</u> on the instant action or a notice that he does not intend to file such a brief.

    3.  The parties' respective supplemental briefs shall not exceed <u>fifteen pages</u> in length.

    4.  The matter will be deemed submitted on the date petitioner's supplemental brief is due.  No extensions of time will be granted to file the supplemental briefs absent a showing of good cause.

**IT IS SO ORDERED.**

Dated: June 16, 2010

MAXINE M. CHESNEY  
United States District Judge