IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEX JACKSON,

        Petitioner,

  v.

RANDY GROUNDS, Warden,

        Respondent.
                                 /

No. CV-08-0923 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Respondent's motion to dismiss is hereby DENIED, and

    2. Petitioner's petition for a writ of habeas corpus is hereby DENIED.

Dated: December 16, 2010
                                                    Richard W. Wieking, Clerk

                                                    By: Tracy Lucero
                                                    Deputy Clerk